USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WAVES AUDIO, LTD., et al.,          :
                                    :    09 Civ. 2282(VM)
                    Plaintiffs,     :
                                    :
     - against -                    :
                                    :
QUAD STUDIOS, INC., et al.,         :
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
WAVES AUDIO LTD., et al.,           :
                                    :    09 Civ. 2284(VM)
                    Plaintiffs,     :
                                    :
     - against -                    :
                                    :
B-REEL RECORDING STUDIO, et al.,    :
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
WAVES AUDIO, LTD., et al.,          :
                                    :    09 Civ. 2285(VM)
                    Plaintiffs,     :
                                    :
     - against -                    :
                                    :    ORDER
RECKLESS MUSIC, LLC,                :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the three cases captioned above, the Court noted that in the complaints the same plaintiffs describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against the defendants and

that the plaintiffs in all the cases are represented by the same counsel. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 2282; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 09 Civ. 2284 and 09 Civ. 2285, as separate actions and remove them from the Court's database of open cases.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         16 April 2009

Victor Marrero
U.S.D.J.