UNITED STATES DISTRICT COURT (ECF)
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAVES AUDIO, LTD. and WAVES, INC., d/b/a US WAVES, INC., Plaintiffs, - against - RICKY ABOULHOSN, QUADROSONIC SOUND SYSTEMS, INC., d/b/a QUAD RECORDING STUDIOS, and JOHN DOES 1-5, Defendants. | 09 Civ. 2282 (JCF) Consolidated with 09 Civ. 2284 09 Civ. 2285 |
| WAVES AUDIO, LTD., et al., Plaintiffs, - against - B-REEL RECORDING STUDIO, et al., Defendants. | |
| WAVES AUDIO, LTD., et al., Plaintiffs, - against - RECKLESS MUSIC, LLC, et al., Defendants. | |

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/10

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held by telephone on February 17, 2010, it is hereby ORDERED as follows:

1. Any pretrial motion shall be filed by March 19, 2010. Answering papers shall be submitted by April 2, 2010, and reply papers by April 9, 2010.

2. The trials shall proceed back-to-back, commencing on May

3, 2010.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
February 17, 2010

Copies mailed this date:

Guy Weiss, Esq.
Adorno & Yoss, LLP
1349 West Peachtree Street, NE
Suite 1500
Atlanta, GA 30309

Todd R. Harris, Esq.
Adorno & Yoss LLC
350 Fifth Avenue, Suite 5720
New York, New York 10018

James Murtha, Esq.
Michelle Murtha, Esq.
Murtha & Murtha, PLLC
26 Railroad Avenue, #351
Babylon, New York 11702